IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ROSE MARY BATSON,** | : | |
| **Plaintiff,** | : | |
| vs. | : | 5:99-cv-324 (CAR) |
| **MICHAEL J. ASTRUE,** | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 23) from United States Magistrate Judge G. Mallon Faircloth, which recommends dismissing Plaintiff's claims for failure to prosecute. Although no Objections have been filed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed the docket in this case and Judge Faircloth's Recommendation. As fully explained by Judge Faircloth, Plaintiff has had ample opportunity to proceed with this case, but has failed to do so. As such, the Recommendation is **ACCEPTED**, and Plaintiff's claims are **DISMISSED**.

**SO ORDERED**, this 12th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh